1 | KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 | MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

4 | THOMAS P. MAZZUCCO (CSBN 139758)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495

7 | Telephone: (415) 436-7289
Fax: (415) 436-7234

8 | Attorneys for the United States

**FILED**

JUL 2 7 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA  06  70479

11 | SAN FRANCISCO DIVISION

12 | IN RE SEARCH WARRANT FOR:
1220 Kenilworth Road, Hillsborough, CA;
13 | 823 East 24th Street, Apt. 1, Oakland, CA;
1927 Bridgepointe Circle, Apt. H344, San
14 | Mateo, CA; 3018 Humboldt Avenue,
Oakland, CA; 166 Los Robles Drive,
15 | Burlingame, CA; 335 Glasgow Circle,
Danville, CA, and
16 | COMPLAINT AND ARREST
WARRANTS RE:
17 | **JOHNSON MAI,**
a/k/a Zhi Xiong Mai, a/k/a Uncle Hong,
18 | a/k/a Chi Hong Mak, a/k/a Hong Suk
1220 Kenilworth Drive, Hillsborough,
19 | California;
**LISA LEE,**
20 | a/k/a Xiao Ling Li
1220 Kenilworth Drive, Hillsborough,
21 | California;
**KAI LUN ZHENG,**
22 | a/k/a Wai Keung Cheung, a/k/a Su Ming,
a/k/a Alan Zheng;
23 | **ZHI EN HUANG,**
a/k/a Gao Lo
24 | 1927 Bridgepointe Circle, Apartment H344
San Mateo, California;
25 | **DAVID YUEN,**
a/k/a Lo Wu, a/k/a Wu So Gor
26 | 3018 Humboldt Avenue
Oakland, California; and
27 | **ERIC YU HENG CAI,**
166 Los Robles Drive
28 | Burlingame, California

No. 06 70479   **EMC**

SEALING ORDER

**(FILED UNDER SEAL)**

SEALING ORDER

1  FOR GOOD CAUSE SHOWN, it is hereby ordered that the Application and Affidavit for
2  Search Warrant, Search Warrant, Complaint, Arrest Warrants and this Order shall be filed under
3  seal until further order of this Court.  Endorsed filed copies shall be provided to the United States
4  Attorney's Office.
5  IT IS SO ORDERED.

7  Dated: 26 July 06

HONORABLE BERNARD ZIMMERMAN
United States Magistrate Judge

SEALING ORDER