UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
418 UNITED STATES COURTHOUSE
68 COURT STREET
BUFFALO, NEW YORK 14202-3477

H. KENNTH SCHROEDER, Jr.
UNITED STATES MAGISTRATE JUDGE                                         (716) 551-3301

February 16, 2007

Clerk of the Court
United States District Court
Northern District of California
Box 36060
450 Golden Gate Avenue
San Francisco, California 94102-3489

        Re:  U.S. v Kai Lun Zheng
               3:06-70479 and CR-04-100 (N.D.Ca.)
               07-M-13 (W.D.N.Y.)

Dear Clerk:

        Please acknowledge receipt of the enclosed Rule 5 documents in the above-referenced case by signing and returning the enclosed copy of this letter.

                                   Very truly yours,

                                   By: *Lucille M. Petrik* (signature)
                                       Lucille M. Petrik
                                       Deputy Clerk

Receipt acknowledged of documents herein described.

By:_____
            Deputy Clerk

# U.S. DISTRICT COURT
## WESTERN DISTRICT OF NEW YORK [LIVE] (Buffalo)
## CRIMINAL DOCKET FOR CASE #: 1:07-mj-00013-HKS-ALL
### Internal Use Only

Case title: USA v. Zheng

Date Filed: 02/09/2007

Assigned to: Hon. H. Kenneth Schroeder, Jr

**Defendant**

**Kai Lun Zheng** (1)

represented by **Marianne Mariano**
Federal Public Defender
300 Pearl Street
Suite 450
Buffalo, NY 14202
(716) 551-3341
Fax: 716-551-3346
Email: marianne_mariano@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By_____
Deputy Clerk
Original Filed_____

**Highest Offense Level (Terminated)**

None

**Complaints**

Defendant arrested on warrant issued in Northern District of California

**Disposition**

**Plaintiff**

USA                                    represented by **Martin J. Littlefield**
                                                      U.S. Attorney's Office
                                                      Federal Centre
                                                      138 Delaware Avenue
                                                      Buffalo, NY 14202
                                                      716-843-5829
                                                      Fax: 716-551-3052
                                                      Email: martin.littlefield@usdoj.gov
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/09/2007 |  | Arrest (Rule 40) of Kai Lun Zheng (LMP) (Entered: 02/16/2007) |
| 02/09/2007 | 1 | Minute Entry for proceedings held before Judge H. Kenneth Schroeder Jr.:Initial Appearance as to Kai Lun Zheng held on 2/9/2007 (LMP) (Entered: 02/16/2007) |
| 02/09/2007 | 2 | WAIVER of Rule 5(c)(3) Hearing by Kai Lun Zheng (LMP) (Entered: 02/16/2007) |
| 02/09/2007 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Kai Lun Zheng. Defendant committed to District of Northern District of California. Signed by Judge H. Kenneth Schroeder Jr. on 2/9/07. (LMP) (Entered: 02/16/2007) |
| 02/16/2007 |  | R.5 documents sent to N.D.Ca. at San Francisco as to Kai Lun Zheng: (LMP) (Entered: 02/16/2007) |
| 02/16/2007 |  | ***Case Terminated. (LMP) (Entered: 02/16/2007) |

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

| WESTERN | District of | NEW YORK |
|---|---|---|

| UNITED STATES OF AMERICA<br>V.<br>KAI LUN ZHENG | COMMITMENT TO ANOTHER DISTRICT |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | CR-04-100 and 3:06-70479 | 07-M-13 | |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

X Indictment ☐ Information X Complaint ☐ Other (specify)

charging a violation of    18/21    U.S.C. § 1546; 1956; 846

**DISTRICT OF OFFENSE**
Northern District of California

**DESCRIPTION OF CHARGES:**

money laundering; conspiracy to possess with intent to distribute controlled substances; possession and use of entry documents obtained by false statement or fraud

**CURRENT BOND STATUS:**

☐ Bail fixed at                and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
X Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

| Representation: | ☐ Retained Own Counsel | X Federal Defender Organization | ☐ CJA Attorney | ☐ None |
|---|---|---|---|---|
| Interpreter Required? | X No | ☐ Yes | Language: | |

**DISTRICT OF** New York, Western

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

February 9, 2007
Date                                              United States Judge or Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT<br>ATTEST, A TRUE COPY<br>U.S. DISTRICT COURT, WDNY<br>RODNEY C. EARLY, CLERK | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | By _____ (BY) DEPUTY MARSHAL<br>Deputy Clerk<br>Original Filed |

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
W.D. of N.Y.
FEB 9 - 2007
AT ____ O'C ____ M.
BY ____
TITLE ____

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Kai Lun Zheng
Defendant

**WAIVER OF RULE 5 & 5.1 HEARINGS**
(Complaint/Indictment)

CASE NUMBER: 07-M-13

CHARGING DISTRICTS
CASE NUMBER: CR-04-100; 3·06·70419

I understand that charges are pending in the ___N___ District of ___CA___ alleging violation of 18 USC 1546; 18/21 : 1956, 846 and that I have been arrested in this district and
(Title and Section)

taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(✗) identity hearing

( ) preliminary hearing

(✓) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

Feb. 9, 2007
Date

_____
Defense Counsel

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By _____ Deputy Clerk
Original Filed

| Description | 07-M-13 Minute entry (Zheng) | |
|---|---|---|
| Date | 2 / 9 /2007 | Location  Judge Schroeder |
| Time | Speaker | Note |
| 11:38:05 AM | | U.S. v Zheng |
| 11:38:10 AM | | INITIAL APPEARANCE HELD.  AUSA M. Littlefield; AFPD M. Mariano with defendant |
| 11:38:33 AM | | Defendant advised of charges |
| 11:39:08 AM | | Defendant advised of rights |
| 11:39:52 AM | | Defendant waived identity hearing but requested preliminary hearing in charging district |
| 11:41:59 AM | | Government moved for detention |
| 11:42:07 AM | | Defendant does not oppose detention at this time but requested a detention hearing in the charging district |
| 11:42:28 AM | | Defendant is remanded |
| 11:42:33 AM | | Marshal is directed to transport defendant to N.D.Ca. for further proceedings |
| 11:42:53 AM | END | |

ATTEST: A TRUE COPY
U.S. DISTRICT COURT, WDNY
RODNEY C. EARLY, CLERK
By _____
           Deputy Clerk
Original Filed _____

%AO 442  (Rev. 10/03) Warrant for Arrest

I hereby certify that the annexed instrument is a true and correct copy of the original issued in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By _____ Deputy Clerk
Date 7/27/06

SEALED BY COURT ORDER

EMC

# UNITED STATES DISTRICT COURT

_____ NORTHERN _____ District of _____ CALIFORNIA _____

UNITED STATES OF AMERICA
V.
KAI LUN ZHENG

**WARRANT FOR ARREST**

Case Number: 3-06 70479

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ KAI LUN ZHENG _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

18 U.S.C. §§ 1956, 1957 - Money Laundering; 21 U.S.C. § 846 - Conspiracy to Possess Controlled Substances with intent to Distribute

in violation of Title  18 U.S.C. / 21 U.S.C.  United States Code, Section(s)  1956 & 1957 / 846

HONORABLE BERNARD ZIMMERMAN
Name of Issuing Officer

Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

26 July 06  SF Cal
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

KEVIN V. RYAN (CSBN 118321)
United States Attorney

**FILED**

MAR 2 5 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KAI LUN ZHENG, ) <br> ) <br> (a.k.a. Wai Keung Cheung) ) <br> ) <br> Defendant. ) <br> ) | CR No. 04  0100 VRW <br><br> VIOLATION: 18 U.S.C.§ 1546(a) <br> Possession and Use of Entry Documents <br> Obtained by False Statement or Fraud <br><br> SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

On or about the 19th day of February, 2001, in the Northern District of California, at San Francisco International Airport the defendant

KAI LUN ZHENG (a.k.a .Wai Keung Cheung)

did knowingly utter, use, and possess a document prescribed by statute or regulation for entry into

1  or as evidence of authorized stay or employment in the United States, that is a Resident Alien Card,
2  which the defendant knew to be procured by means of a false claim or statement, and otherwise
3  procured by fraud or unlawfully obtained, to wit: (1) by falsely stating that he had never been
4  arrested, charged, or indicted for breaking or violating any law; (2) by falsely stating that he was not
5  in exclusion or deportation proceedings; and (3) by failing to disclose that he had used the name Wai
6  Keung Cheung; in violation of Title 18, United States Code, Section 1546(a).

10  DATED: Mar 25, 2004

A TRUE BILL.

*signature*
FOREPERSON

14  KEVIN V. RYAN
    United States Attorney

17  JONATHAN R. HOWDEN
    Chief, Narcotics Section

19  (Approved as to form: _____)
20                     AUSA Jigger

INDICTMENT
KAI LUN ZHENG                          2

# WARRANT OF ARREST
## UNITED STATES DISTRICT COURT

Magistrate Judge: Type or legibly print. Forward copies No. 1 through No. 3 intact to the U.S. Marshal or other authorized officer who will execute the warrant. If applicable, use No. 4 copy as a file copy. After completion of return, U.S. Marshal will distribute copies No. 1 through No. 3 as appropriate.

| NAME OF PERSON TO BE ARRESTED | DISTRICT OF ISSUE | MAGISTRATE/CLERK DOCKET |
|---|---|---|
| Kai Lun Zheng aka: Wai Keung Cheung | NORTHERN DISTRICT OF CALIFORNIA | CR 04-0100 VRW |

**REASON FOR WARRANT**

[ ] Complaint  [X] Indictment  [ ] Information  [ ] Probation Violation  [ ] OTHER (Specify)

| U.S.C. TITLE | SECTION | BRIEF DESCRIPTION OF CHARGES | BAIL (if applicable) |
|---|---|---|---|
| 18 | 1546(a) | Possession and Use of Entry Documents Obtained by False Statement of Fraud | NO BAIL |

| DATE OF ISSUE | TITLE OF ISSUING OFFICIAL | SIGNATURE OF ISSUING OFFICIAL |
|---|---|---|
| 03-26-04 | Deputy Clerk | [signature] |

TO: ANY U.S. MARSHAL OR ANY OTHER AUTHORIZED OFFICER

[ ] You are hereby commanded to arrest the above named person and bring this individual forthwith before the nearest available United States Magistrate or District Court Judge to answer the above stated charge(s) in the complaint.

[X] You are hereby commanded to arrest the above named person and bring this individual forthwith before the nearest United States District Court or (if applicable) before the nearest United States Magistrate in the arresting district to answer the above stated charge(s) in the Indictment or Information.

[ ] You are hereby commanded to arrest the above named person and bring this individual forthwith before the United States District Court or (if applicable) before the United States Magistrate in the issuing district at the location shown above to answer to charges of violation of conditions of probation imposed by the United States District Court.

THE U.S. MARSHAL IN THE DISTRICT OF ARREST IS HEREBY FURTHER AUTHORIZED AND COMMANDED TO TAKE CUSTODY OF THE ABOVE NAMED PERSON. IF AFTER BRINGING THE PERSON BEFORE ANY APPLICABLE JUDICIAL OFFICER IN THE MANNER INDICATED ABOVE, THE INDIVIDUAL FAILS TO FURNISH BAIL FOR APPEARANCE PER ORDERS AND DIRECTIONS OF SUCH JUDICIAL OFFICER, THE U.S. MARSHAL IS AUTHORIZED AND COMMANDED TO KEEP SAFELY THIS INDIVIDUAL UNTIL DISCHARGED IN DUE COURSE OF LAW.

## RETURN

I certify I executed this warrant and such other order directed herein as shown below.

| DATE RECEIVED | ARRESTING AGENCY (if not U.S. Marshal) | SIGNATURE OF ARRESTING AGENT (if not U.S. Marshal) |
|---|---|---|
| DATE COMMITTED | PLACE OF CONFINEMENT (if applicable) | [ ] Executed  [ ] Unexecuted  [ ] Withdrawn |
| DATE OF RETURN | NAME OF U.S. MARSHAL | SIGNATURE OF U.S. MARSHAL OR DEPUTY |

MA FORM 6   NORTHERN DISTRICT OF CALIFORNIA

⚪AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __CALIFORNIA__

| UNITED STATES OF AMERICA<br>V.<br>JOHNSON MAI, et al.<br>(SEE ATTACHMENT) | **FILED**<br>JUL 2 7 2006<br>RICHARD W WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | **CRIMINAL COMPLAINT**<br>Case Number:<br>3 06 70479 EMC |
|---|---|---|

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __2000-2005__ in __San Francisco__ County, in the __Northern__ District of __California__ defendant(s) did,

(Track Statutory Language of Offense)
SEE AFFIDAVIT ALEO BRUGNARA, attached hereto

in violation of Title __18 and 21__ United States Code, Section(s) __1956 & 1957 and 846__.

I further state that I am a(n) __Special Agent, ICE__ and that this complaint is based on the following facts:

SEE AFFIDAVIT OF ALEO BRUGNARA

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

_Signature of Complainant_

ALEO BRUGNARA
Printed Name of Complainant

Sworn to before me and signed in my presence,

26 July 06
Date

HON. ~~EDWARD M. CHEN~~ BERNARD ZIMMERMAN    Magistrate
Name of Judge    Title of Judge

at   San Francisco, California
     City              State

_Signature of Judge_