Garrick S. Lew SBN 61889
Law Offices of Garrick S. Lew & Associates
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4957
Telephone:    (415) 575-3588
Facsimile:    (415) 522-1506
email:        gsl@defendergroup.com

Attorneys for Defendant Johnson Mai

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br>        Plaintiff<br>v.<br>JOHNSON MAI,<br>        a/k/a Zhi Xiong Mai<br>        a/k/a Uncle Hong,<br>        a/k/a Chi Hong Mak,<br>        a/k/a Hong Suk;<br>LISA LEE,<br>        a/k/a Xiao Ling Li;<br>KAI LUN ZHENG,<br>        a/k/a Wai Keung Cheung,<br>        a/k/a Su Ming,<br>        a/k/a Alan Zheng;<br>ZHI EN HUANG,<br>        a/k/a Gao Lo;<br>DAVID YUEN,<br>        a/k/a Lo Wu,<br>        a/k/a Wu So Gor; and<br>ERIC YU HENG CAI<br><br>        Defendants. | No: 3-06-70479 MAG<br><br>[PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM SEPTEMBER 14, 2007 TO NOVEMBER 2, 2007 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

    With the agreement of the parties, and with the consent of the defendants, the Court enters this order scheduling a status conference on November 2, 2007 at 9:30 a.m. before duty magistrate judge

1  James Larson, and documenting the defendants' waiver of the preliminary hearing date under Federal
2  Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. §
3  3161(b), from September 14, 2007 2007 to and through November 2, 2007.  The parties agree, and the
4  Court finds and holds, as follows:

5      1.    The government and defense counsel are actively involved in the process of global
6          settlement discussions to resolve all pending charges involving all defendants before the
7          court and additional time is necessary to seek approval of proposed plea agreements with
8          the government.

9      2.    All defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. §
10         3161(b).

11     3.    The defendants waive the time limits of Federal Rule of Criminal Procedure 5.1 for
12         preliminary hearing.

13     4.    Accordingly, and with the consent of all parties, the Court (1) alternatively sets a
14         preliminary hearing before the duty magistrate judge on November 2, 2007 at 9:30 a.m.
15         and (2) orders that the period from September 14, 2007 to November 2, 2007 be
16         excluded from the time period for preliminary hearings under Federal Rule of Criminal
17         Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(b).

18 IT IS SO STIPULATED:

19

20 DATED:  September 13, 2007       /s/    Garrick Lew
                                           GARRICK LEW
21                                            Attorney for Defendant Johnson Mai

22 DATED:  September 13, 2007       /s/    Alice Wong
                                           ALICE WONG
23                                            Attorney for Defendant Lisa Lee

24 DATED:  September 13, 2007       /s/    Gil Eisenberg
                                           GIL EISENBERG
25                                            Attorney for Defendant Kai Lun Zheng

26 DATED:  September 13, 2007       /s/    Brian Getz
                                           BRIAN GETZ
27                                            Attorney for Zhi En Huang

28

| | | |
|---|---|---|
| 1 | DATED: September 13, 2007 | /s/     Stuart Hanlon |
| 2 | | STUART HANLON<br>Attorney for David Yuen |
| 3 | DATED: September 13, 2007 | /s/     Randy Montesano |
| 4 | | RANDY MONTESANO<br>Attorney for Eric Cai |
| 5 | DATED: September 13, 2007 | /s/     Thomas Mazzucco |
| 6 | | THOMAS MAZZUCCO<br>Assistant United States Attorney |

IT IS SO ORDERED.

DATED: _____

HONORABLE ELIZABETH D. LAPORT
United States Magistrate Judge

Stipulation and Proposed Order for Continuance
[3-06-70479] [MAG]