Garrick S. Lew SBN 61889
Law Offices of Garrick S. Lew & Associates
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4957
Telephone:    (415) 575-3588
Facsimile:    (415) 522-1506
email:        gsl@defendergroup.com

Attorneys for Defendant Johnson Mai

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br>    Plaintiff<br>v.<br>JOHNSON MAI,<br>    a/k/a Zhi Xiong Mai<br>    a/k/a Uncle Hong,<br>    a/k/a Chi Hong Mak,<br>    a/k/a Hong Suk;<br>LISA LEE,<br>    a/k/a Xiao Ling Li;<br>KAI LUN ZHENG,<br>    a/k/a Wai Keung Cheung,<br>    a/k/a Su Ming,<br>    a/k/a Alan Zheng;<br>ZHI EN HUANG,<br>    a/k/a Gao Lo;<br>DAVID YUEN,<br>    a/k/a Lo Wu,<br>    a/k/a Wu So Gor; and<br>ERIC YU HENG CAI<br><br>    Defendants. | No: 3-06-70479 MAG<br><br>[~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE FROM NOVEMBER 2, 2007 TO DECEMBER 11, 2007 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

With the agreement of the parties, and with the consent of the defendants, the Court enters this order scheduling a status conference on December 11, 2007 at 9:30 a.m. before the duty magistrate

judge and documenting the defendants' waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv), from November 2, 2007 to and through December 11, 2007. The parties agree, and the Court finds and holds, as follows:

1. The case is very complex and involves international transactions and shipments, foreign banks and complex monetary transactions, extensive wiretap evidence and conversations in different chinese language dialects. There are multiple defendants and discovery is voluminous. All defense counsel involved are in need of additional time to prepare the case. Furthermore, the government and defense counsel are actively involved in the process of global settlement discussions to resolve all pending charges and forfeiture claims involving some\all defendants before the court and additional time is necessary to seek approval of proposed plea and forfeiture agreements with the government.

2. All defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) on the basis of complexity and (iv) continuity of counsel for effective preparation taking into account the exercise of due diligence.

3. The defendants waive the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Accordingly, and with the consent of all parties, the Court (1) alternatively sets a preliminary hearing before the duty magistrate judge on December 11, 2007 at 9:30 a.m. and (2) orders that the period from November 2, 2007 to December 11, 2007 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(b).

IT IS SO STIPULATED:

DATED: October 30, 2007           /s/    Garrick Lew
                                  GARRICK LEW
                                  Attorney for Defendant Johnson Mai

DATED: October 30, 2007           /s/    Gil Eisenberg
                                  GIL EISENBERG
                                  Attorney for Defendant Kai Lun Zheng

1  DATED: October 30, 2007          /s/     Brian Getz
                                    BRIAN GETZ
2                                   Attorney for Zhi En Huang

3
   DATED: October 30, 2007          /s/     Stuart Hanlon
4                                   STUART HANLON
                                    Attorney for David Yuen
5
   DATED: October 30, 2007          /s/     Randy Montesano
6                                   RANDY MONTESANO
                                    Attorney for Eric Cai
7
   DATED: October 30, 2007          /s/     Thomas Mazzucco
8                                   THOMAS MAZZUCCO
                                    Assistant United States Attorney
9

10

11 IT IS SO ORDERED.

12 DATED: 11/1/07

                                    _____
13                                  HONORABLE EDWARD CHEN
                                    United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27
   Stipulation and Proposed Order for Continuance
28 [3-06-70479] [MAG]