rev. 9/6/07

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 3 | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** **MINUTE ORDER** | | DEPUTY CLERK Brenda Tolbert | | REPORTER/FTR 9:53 - 9:56 | | |
| MAGISTRATE JUDGE HON. MARIA-ELENA JAMES | | DATE December 11, 2007 | | NEW CASE ☐ | CASE NUMBER 3-06-70479 MAG | |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT KAI LUN ZHENG | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Gil Eisenberg | | PD. ☐  RET. ☒ APPT. ☐ |
| U.S. ATTORNEY Thomas Mazzucco | INTERPRETER Tom Lam-Cantonese | | | FIN. AFFT ☐ SUBMITTED | | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Josh Libby | | | DEF ELIGIBLE FOR ☐ APPT'D COUNSEL | PARTIAL PAYMENT ☐ OF CJA FEES | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | |
|---|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☒ PRELIM HRG NOT HELD | ☐ MOTION | | ☐ JUGM'T & SENTG | ☐ STATUS | |
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT NOT HELD | ☐ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |

| INITIAL APPEARANCE | | | | |
|---|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED **FILED** |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |

DEC 11 2007

RICHARD W. WIEKING
REAL CLERK U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| PROPERTY TO BE POSTED ☐ CASH   $ | | CORPORATE SECURITY ☐ | | |
|---|---|---|---|---|
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | | |
|---|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: | |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: 1-22-08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
| AT: 9:30 A.M. | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. EDL | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

| ADDITIONAL PROCEEDINGS |
|---|

Parties Requested that this Matter be Continued for Prelim/Arrmt. Time Waived for Prelim/Arrmt.

BT, PTS, LILI