1 | Garrick S. Lew SBN 61889
Law Offices of Garrick S. Lew & Associates
2 | 600 Townsend Street, Suite 329E
San Francisco, CA 94103-4957
3 | Telephone:  (415) 575-3588
Facsimile:   (415) 522-1506
4 | email:        gsl@defendergroup.com

5 | Attorneys for Defendant Johnson Mai

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES, | ) No: 3-06-70479 MAG |
|---|---|
| Plaintiff | ) |
| v. | ) |
| JOHNSON MAI, | ) |
| a/k/a Zhi Xiong Mai | ) [PROPOSED] ORDER AND STIPULATION |
| a/k/a Uncle Hong, | ) FOR CONTINUANCE FROM FEBRUARY |
| a/k/a Chi Hong Mak, | ) 26, 2008 TO MARCH 11, 2008 AND |
| a/k/a Hong Suk; | ) EXCLUDING TIME FROM THE SPEEDY |
| LISA LEE, | ) TRIAL ACT CALCULATION (18 U.S.C. § |
| a/k/a Xiao Ling Li; | ) 3161(h)(8)(A) AND WAIVING TIME |
| KAI LUN ZHENG, | ) LIMITS UNDER RULE 5.1 |
| a/k/a Wai Keung Cheung, | ) |
| a/k/a Su Ming, | ) |
| a/k/a Alan Zheng; | ) |
| ZHI EN HUANG, | ) |
| a/k/a Gao Lo; | ) |
| DAVID YUEN, | ) |
| a/k/a Lo Wu, | ) |
| a/k/a Wu So Gor; and | ) |
| ERIC YU HENG CAI | ) |
| Defendants. | ) |

With the agreement of the parties, and with the consent of the defendants, the Court enters this order scheduling a status conference on March 11, 2008 at 9:30 a.m. before the duty magistrate judge and documenting the defendants' waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv), from February 26, 2008 to and through March 11, 2008. The parties agree, and the Court finds and

holds, as follows:

1.      The case is very complex and involves international transactions and shipments, foreign banks and complex monetary transactions, extensive wiretap evidence and conversations in different Chinese language dialects. There are multiple defendants and discovery is voluminous. All defense counsel involved are in need of additional time to prepare the case. Furthermore, the government and defense counsel are actively involved in negotiating the final terms of a global settlement that will resolve all pending charges and forfeiture claims involving all defendants before the court and additional time is necessary to seek approval of the proposed plea and forfeiture agreements with the government.

2.      All defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) on the basis of complexity and (iv) continuity of counsel for effective preparation taking into account the exercise of due diligence.

3.      The defendants waive the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4.      Accordingly, and with the consent of all parties, the Court (1) alternatively sets a preliminary hearing before the duty magistrate judge on March 11, 2008 at 9:30 a.m. and (2) orders that the period from February 26, 2008 to and through March 11, 2008 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(b).

IT IS SO STIPULATED:

DATED: February 21, 2008        /s/    Garrick Lew
                                GARRICK LEW
                                Attorney for Defendant Johnson Mai

DATED: February 21, 2008        /s/    Gil Eisenberg
                                GIL EISENBERG
                                Attorney for Defendant Kai Lun Zheng

DATED: February 21, 2008        /s/    Brian Getz
                                BRIAN GETZ
                                Attorney for Zhi En Huang

1 | DATED: February 21, 2008      /s/      Stuart Hanlon
                                  STUART HANLON
2                                 Attorney for David Yuen

3 | DATED: February 21, 2008      /s/      Randy Montesano
                                  RANDY MONTESANO
4                                 Attorney for Eric Cai

5

6 | DATED: February 21, 2008      /s/      Alice Wong
                                  ALICE WONG
                                  Attorney for Lisa Lee
7

8 | DATED: February 21, 2008      /s/      Thomas Mazzucco
                                  THOMAS MAZZUCCO
9                                 Assistant United States Attorney

10

11
    IT IS SO ORDERED.
12

13

14 | DATED: _____
                                  United States Magistrate Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28 | Stipulation and Proposed Order for Continuance
     [3-06-70479] [MAG]