| | |
|---|---|
| 1<br>2<br>3<br>4 | Garrick S. Lew SBN 61889<br>Law Offices of Garrick S. Lew & Associates<br>600 Townsend Street, Suite 329E<br>San Francisco, CA 94103-4957<br>Telephone:   (415) 575-3588<br>Facsimile:    (415) 522-1506<br>email:         gsl@defendergroup.com |

**FILED**

FEB 25 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5  Attorneys for Defendant Johnson Mai

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br>           Plaintiff<br>v.<br>JOHNSON MAI,<br>     a/k/a Zhi Xiong Mai<br>     a/k/a Uncle Hong,<br>     a/k/a Chi Hong Mak,<br>     a/k/a Hong Suk;<br>LISA LEE,<br>     a/k/a Xiao Ling Li;<br>KAI LUN ZHENG,<br>     a/k/a Wai Keung Cheung,<br>     a/k/a Su Ming,<br>     a/k/a Alan Zheng;<br>ZHI EN HUANG,<br>     a/k/a Gao Lo;<br>DAVID YUEN,<br>     a/k/a Lo Wu,<br>     a/k/a Wu So Gor; and<br>ERIC YU HENG CAI<br>           Defendants. | No: 3-06-70479 MAG<br><br>[PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM FEBRUARY 26, 2008 TO MARCH 11, 2008 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

With the agreement of the parties, and with the consent of the defendants, the Court enters this order scheduling a status conference on March 11, 2008 at 9:30 a.m. before the duty magistrate judge and documenting the defendants' waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv), from February 26, 2008 to and through March 11, 2008. The parties agree, and the Court finds and

holds, as follows:

1. The case is very complex and involves international transactions and shipments, foreign banks and complex monetary transactions, extensive wiretap evidence and conversations in different Chinese language dialects. There are multiple defendants and discovery is voluminous. All defense counsel involved are in need of additional time to prepare the case. Furthermore, the government and defense counsel are actively involved in negotiating the final terms of a global settlement that will resolve all pending charges and forfeiture claims involving all defendants before the court and additional time is necessary to seek approval of the proposed plea and forfeiture agreements with the government.

2. All defendants agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(ii) on the basis of complexity and (iv) continuity of counsel for effective preparation taking into account the exercise of due diligence.

3. The defendants waive the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Accordingly, and with the consent of all parties, the Court (1) alternatively sets a preliminary hearing before the duty magistrate judge on March 11, 2008 at 9:30 a.m. and (2) orders that the period from February 26, 2008 to and through March 11, 2008 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(b).

IT IS SO STIPULATED:

DATED: February 21, 2008    /s/   Garrick Lew
                            GARRICK LEW
                            Attorney for Defendant Johnson Mai

DATED: February 21, 2008    /s/   Gil Eisenberg
                            GIL EISENBERG
                            Attorney for Defendant Kai Lun Zheng

DATED: February 21, 2008    /s/   Brian Getz
                            BRIAN GETZ
                            Attorney for Zhi En Huang

1  DATED: February 21, 2008        /s/    Stuart Hanlon
                                   STUART HANLON
2                                  Attorney for David Yuen

3  DATED: February 21, 2008        /s/    Randy Montesano
                                   RANDY MONTESANO
4                                  Attorney for Eric Cai

5
   DATED: February 21, 2008        /s/    Alice Wong
6                                  ALICE WONG
                                   Attorney for Lisa Lee
7

8  DATED: February 21, 2008        /s/    Thomas Mazzucco
                                   THOMAS MAZZUCCO
9                                  Assistant United States Attorney

10

11
       IT IS SO ORDERED.
12

13

14 DATED:
       2-25-08                     United States Magistrate Judge
15

16

...

28 Stipulation and Proposed Order for Continuance
   [3-06-70479] [MAG]