AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

─── OFFENSE CHARGED ───

21 U.S.C. §§ 846, 841(b)(1)(C) - Conspiracy to Possess With Intent to Distribute and to Distribute, 3,4 Methylenedioxymethamphetamine (MDMA) and 26 U.S.C.§ 7201- Tax Evasion

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1 - 20 years imprisonment, $1,000,000.00 fine, supervised release for a minimum 3-year term to a maximum term of life, $100.00 special assessment. Count 2 - 5 years imprisonment, $100,000 fine, supervised release for a 3-year term, $100.00 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
APR 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── DEFENDANT - U.S ───
▶ Kai Lun ZHENG

DISTRICT COURT NUMBER
CR 08 0265

E-filing

JSW

─── DEFENDANT ───

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

─── PROCEEDING ───

Name of Complaintant Agency, or Person (& Title, if any)
DEA/IRS

☐ person is awaiting trial in another Federal or State Court, give name of court
_____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District
_____

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction      ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
_____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.
_____

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
3-06-70479 MAG

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year 08/10/2006
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  THOMAS P. MAZZUCCO

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT
If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

Bail Amount: _____

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments:

(handwritten margin: CR08-0265-JSW)

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

21 U.S.C. §§ 846, 841(b)(1)(C) - Conspiracy to Possess With Intent to Distribute and to Distribute, 3,4 Methylenedioxymethamphetamine (MDMA) and 26 U.S.C.§ 7201 - Tax Evasion

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Count 1 - 20 years imprisonment, $1,000,000.00 fine, supervised release for a minimum 3-year term to a maximum term of life, $100.00 special assessment. Count 2 - 5 years imprisonment, $100,000 fine, supervised release for a 3-year term, $100 special assessment.

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**

▶ Kai Lun ZHENG

DISTRICT COURT NUMBER

CR 08 0265 JSW

FILED
APR 24 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction       ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
DEA/IRS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

3-06-70479 MAG

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year 08/10/2006

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   THOMAS P. MAZZUCCO

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

**FILED**
APR 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JSW

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KAI LUN ZHENG,<br><br>    Defendant. | No. CR 08 0265<br><br>VIOLATION: 21 U.S.C. §§ 846, 841(b)(1)(C) – Conspiracy to Possess With Intent to Distribute, and to Distribute, 3,4 Methylenedioxymethamphetamine (MDMA) and 26 U.S.C. § 7201 - Tax Evasion<br><br>SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE:   (21 U.S.C. §§ 846, 841(b)(1)(C) – Conspiracy to Possess With Intent to Distribute, and to Distribute MDMA)

Beginning in January of 2001, and continuing through on or about August 10, 2006, in the Northern District of California, the defendant,

KAI LUN ZHENG,

did knowingly and intentionally conspire with others known and unknown to possess with intent to distribute, and to distribute a Schedule I controlled substance, namely, 3,4

1  Methylenedioxymethamphetamine (MDMA), in violation of Title 21, United States Code,
2  Sections 846, 841(b)(1)(C).

4  COUNT TWO:   (26 U.S.C. § 7201 - Tax Evasion)
5  On or about April 15, 2002, in the Northern District of California, the defendant,
6  KAI LUN ZHENG,
7  then a resident of Oakland, California, did willfully and knowingly attempt to evade and defeat a
8  part of the income tax due and owing by him to the United States of America for the calendar
9  year 2001 by preparing, signing and mailing and otherwise delivering, and causing to be
10 prepared, signed and mailed and otherwise delivered, a false and fraudulent U.S. Individual
11 Income Tax Return, Form 1040, which return was filed with the Internal Revenue Service,
12 wherein it was stated that the tax due and owing to the United States for the calendar year 2001
13 was $31,134, whereas, as he then and there well knew and believed, his taxable income for said
14 calendar year was substantially in excess of that stated on said return and that upon said
15 additional taxable income a substantial additional tax was due and owing to the United States of
16 America, in violation of Title 26, United States Code, Section 7201.

DATED:  4-24-08

JOSEPH P. RUSSONIELLO
United States Attorney

BRIAN J. STRETCH
Chief, Criminal Division

(Approved as to form: _____)
AUSA T. MAZZUCCO

INFORMATION                         2