O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

Northern DISTRICT OF California

FILED
2008 APR 30 PM 2:02
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

UNITED STATES OF AMERICA

v.

KAI LUN ZHENG

WAIVER OF INDICTMENT

CASE NUMBER: CR 08-265 JSW

I, Kai Lun Zheng, the above named defendant, who is accused of

21 U.S.C. §§ 846, 841(b)(1)(C) - Conspiracy to Possess With Intent to Distribute and to Distribute, 3,4 Methylenedioxymethamphetamine (MDMA) and 26 U.S.C.§ 7201 - Tax Evasion

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4-30-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer