1
2
3
4
5
6
7
8

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13
14

UNITED STATES OF AMERICA,

          Plaintiff,

  v.

KAI LUN ZHENG,

          Defendant.

_____/

No.  CR 04-0100  VRW
**Related Cases: CR08-0265, CR08-0266
CR08-0267, CR08-0268, CR08-0269 and
CR08-0270**

**CLERK'S NOTICE**

15     TO ALL PARTIES AND COUNSEL OF RECORD:

16     YOU ARE NOTIFIED THAT a Status Conference has been scheduled for the above

17 related cases on June 12, 2008 at 2:00 p.m. before the Honorable Vaughn R Walker.   Please report

18 to Courtroom #6, 17th floor, 450 Golden Gate Avenue, San Francisco, California.

19 Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable

20 to reach a stipulation, the requesting party shall submit an exparte application with a proposed

21 order.

22 Dated:  May 27, 2008

                        *Cora Klein*
23                         Courtroom Deputy Clerk to
                        Chief Judge Vaughn R Walker

24
25
26
27
28

N:\CLKNTC.CRI.wpd