UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

<u>VAUGHN R WALKER</u>
United States District Chief Judge

Date:   August 14, 2008

Case No.  CR 04-0100   VRW
Case No.  CR 08-0265   VRW

Case Title:   USA v.  KAI LUN ZHENG (CUSTODY) PRESENT

Attorneys:
    For the Government:   Thomas Mazzucco

    For the Defendant(s):   Gil Eisenberg

Deputy Clerk:   Cora Klein            Reporter:  Belle Ball
                                                                              Cantonese Interprtr: Kenny Fung

**PROCEEDINGS**

1)   Defendant did not enter change of plea.

2)   The court set a trial date.  If change of plea not entered, the case will go to trial.

**SCHEDULE:**

Case specially set for change of plea as to Kai Lun Zhung on September 11, 2008 at 10:00 A.M.

Case Continued to:      11/13/2008  at 2:00  PM      For Pretrial Conference

TRIAL :   12/8/2008 at 8:30 A.M.