| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | AARON D. WEGNER (ORBN 035354)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Ave., Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7200<br>Fax: (415) 436-7234 |
| 8 | E-Mail: aaron.wegner@usdoj.gov |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-08-0265-VRW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER FOR CONTINUANCE OF<br>SENTENCING HEARING |
| KAI LUN ZHENG, | ) | Date: April 23, 2009 |
| | ) | Time: 2:00 P.M. |
| Defendant. | ) | |

Plaintiff, the United States of America, by its attorneys, JOSEPH P. RUSSONIELLO, United States Attorney for the Northern District of California and AARON D. WEGNER, Assistant United States Attorney, respectfully moves the Court for a two-week continuance of the sentencing hearing presently scheduled for April 9, 2009 at 2:00 p.m., in the above-captioned case, for the reason that the government's counsel will be out of jurisdiction at that time.

///

///

///

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING HEARING
CR-08-0265 VRW                                           1

1   The present request for a continuance is made in good faith and not for the purpose of delay.
2   Additionally, defense counsel and the probation officer have no objection to continuing the
3   sentencing hearing to April 23, 2009, at 2:00 p.m.
4
5   SO STIPULATED:
6
7   Date:   March 2, 2009                     /s/
                                            GILBERT EISENBERG
8                                           Assistant United States Attorney
9
10  Date:   March 2, 2009                     /s/
                                            AARON D. WEGNER
11                                          Assistant United States Attorney
12
13
14                                          ORDER
15  Based on the stipulation of the parties and the facts set forth herein, good cause appearing,
16  IT IS HEREBY ORDERED that defendant's sentencing hearing scheduled for April 9, 2009
17  is vacated and sentencing is continued to 2:00 p.m. on April 23, 2009.
18
19  Dated: March  4, 2009
20                                          VAUGHN R. WALKER
                                            Chief United States District Court Judge
21
22                                          IT IS SO ORDERED
23
24                                          Judge Vaughn R Walker
25
26
27
28

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SENTENCING HEARING
CR-08-0265 VRW                                  2