GILBERT EISENBERG (SBN 28900)
LAW OFFICES OF GILBERT EISENBERG
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Telephone: 415-433-3476
Facsimile: 415-296-8734

**Attorney for Defendant
KAI LUN ZHENG**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | Case No. CR-08-00265-1 VRW |
| Plaintiff,  ) | |
| v.  ) | **STIPULATION TO CONTINUE SENTENCING DATE AND [PROPOSED] ORDER** |
| KAI LUN ZHENG,  ) | |
| Defendant.  ) | |

IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES, Assistant U.S. Attorney Aaron D. Wegner, and counsel for the Defendant, Kai Lun Zheng, Gilbert Eisenberg, that the sentencing date now set for April 24, 2009 at 11:00 AM be continued and reset for June 4, 2009 at 2:00 p.m. ~~11:00 AM~~ to allow for Kai Lun Zheng to be in position to complete his preparation of Defendants Sentence Memorandum. The Probation Officer assigned to this case, Ann Searls, has been informed by telephone of this requested Stipulation by defense counsel. Ms. Searls was out of the office and will return on April 20, 2009. Counsel do not anticipate an objection from Ms. Searls

Dated: this 17th day of April, 2009.

STIPULATION TO CONTINUE SENTENCING DATE -1-

|  |  |
|---|---|
| 1 | /s/ Aaron D. Wegner |
| 2 | AARON D. WEGNER, Esq.<br>Assistant United States Attorney |

Dated: this 17th day of April, 2009.

/s/ Gilbert Eisenberg
GILBERT EISENBERG, Esq.
Counsel for Kai Lun Zheng

GOOD CAUSE APPEARING,

IT IS SO ORDERED.

Dated this 17th day of April, 2009



VAUGHN R. WALKER
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE SENTENCING DATE -2-